## 50241. BEST BUY HOSIERY OF GEORGIA, INC. v. WILLIAM MILLER ASSOCIATES, INC.

BELL, Chief Judge.

In order to determine whether there is merit in any of the enumeration of errors, a consideration of the evidence is necessary. The record does not contain a transcript. Accordingly, the judgment of the trial court must be affirmed. *Lankford v. Lankford,* 225 Ga. 147 (166 SE2d 354); *Wright v. Cooper,* 123 Ga. App. 204 (180 SE2d 261).

*Judgment affirmed. Webb and Marshall, JJ., concur.*

ARGUED FEBRUARY 3, 1975 — DECIDED APRIL 7, 1975.

*Byrd, Groover & Buford, Garland T. Byrd, Leonard Nave,* for appellant.

*Telford, Stewart & Stephens, William M. House,* for appellee.